partment. November 24, 1899.) Action by the German National Bank of Little Rock against Oliver L. Geer, James C. Hutchinson, and another, on drafts drawn, payable to plaintiff's order, on defendants, and accepted by the latter. From a judgment for plaintiff defendant James C. Hutchinson appeals. Affirmed. Alexander S. Bacon, for appellant. Thomas Fitch, for respondent.

PER CURIAM. The judgment in this action must be affirmed, under the rule laid down in the case of Bank v. Pierce, 137 N. Y. 444, 33 N. E. 557, 20 L. R. A. 335. The judgment is therefore affirmed, with costs.

In re GIBBONS. (Supreme Court, Appellate Division, First Department. December 8, 1899.) In the matter of Thomas F. Gibbons. No opinion. Reference ordered.

GIFFORD v. CLAPP. (Supreme Court, Appellate Division, First Department. December 22, 1899.) Action by Crocker Gifford against Knight L. Clapp. No opinion. Motion denied. See 60 N. Y. Supp. 856.

GILBERT et al. v. WARREN et al. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Alexander Gilbert and others against Charles Warren and others. No opinion. Motion denied, with $10 costs. See 46 N. Y. Supp. 489, and 60 N. Y. Supp. 456.

GILLESPIE, Respondent, v. LIDGERWOOD MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June, 1899.) Action by Charles Gillespie, an infant, by Michael Gillespie, his guardian ad litem, against the Lidgerwood Manufacturing Company. Judgment and order reversed, and new trial granted; costs to abide the event. Opinion by HATCH, J. All concur, except BARTLETT, J., who concurs in result. Opinion withheld from publication by order of HATCH, J.

GLEASON, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by Patrick Gleason against Augustus F. Young. C. L. Richards, for appellant. E. M. Welch, for respondent. No opinion. Judgment and order affirmed, with costs.

GOLDSMITH, Appellant, v. SACHS, Respondent. (Supreme Court, Appellate Term. December 28, 1899.) Action by Isaiah Goldsmith against Philip Sachs. From a judgment for defendant, plaintiff appeals. Affirmed. Otto Droege, for appellant. Jacob B. Engel, for respondent.

PER CURIAM. The disputed questions of fact—whether the note was transferred to the plaintiff before or after maturity, and whether any consideration passed between the original parties—were resolved against the plaintiff, and the record presents nothing for our consideration warranting interference with the judgment. Judgment affirmed, with costs to respondent.

61 N.Y.S.—72

GOODWIN v. CODDINGTON. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by Matilda E. C. Goodwin against Gilbert S. Coddington. No opinion. The moving papers must show appearances for the parties to the action, and the order must recite such appearances.

GRAVES, Appellant, v. POND, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by Minnie C. Graves against Byron Pond, as executor, etc. No opinion. Judgment affirmed, with costs.

In re GRIFFIN'S WILL. (Supreme Court, Appellate Division, Third Department. December 6, 1899.) In the matter of proving the last will and testament of William Griffin. No opinion. Motion granted, by allowing one bill of costs to special guardian, payable out of the estate. See 61 N. Y. Supp. 639.

GROSSMAN, Respondent, v. AMERICAN FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by Edward A. Grossman against the American Fire Insurance Company. No opinion. Judgment and order affirmed, with costs. All concur, except ADAMS, J., who dissents.

In re HAFF. (Supreme Court, Appellate Division, Second Department. December 19, 1899.) In the matter of the application of Harry P. Haff to lay out a highway (Monell avenue) in the town of Islip, in the county of Suffolk, and the assessment of damages therefor. No opinion. Order of the county court of Suffolk county confirmed.

HAGER, Respondent, v. NEAL, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1899.) Action by Maria M. Hager against Solomon Neal. No opinion. Judgment affirmed, with costs.

HAMILTON, Respondent, v. FOURTH ESTATE CO., Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by William H. Hamilton against the Fourth Estate Company. H. H. Walker, for appellant. T. Allison, for respondent. No opinion. Judgment affirmed, with costs. See 56 N. Y. Supp. 656.

HAMILTON et al., Respondents, v. VILLAGE OF OWEGO, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by Joel A. Hamilton and Delphos A. King against the village of Owego. No opinion. Motion denied, with $10 costs. All concur, except PARKER, P. J., not voting. See 59 N. Y. Supp. 103.

HARDEE, Respondent, v. YATTS, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by William O. Hardee against Frederick Yatts. No opinion. Judgment affirmed, with costs.